IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| THE TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al.,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>G & W PLUMBING COMPANY, INCORPORATED, et al.  )<br><br>Defendants.  ) | Civil Action No. 05-0676 |

**ORDER**

This matter comes before the Court on Defendants' Motion to Transfer Venue and Plaintiffs' Motion for Preliminary Injunction. For the reasons stated from the bench, it is hereby

ORDERED that Defendants' motion is GRANTED, Plaintiffs' motion is DENIED and the case shall be transferred to the United States District Court for the Middle District of Florida.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 6, 2006